UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-09304 GW (ADS)                                   Date: January 6, 2022

Title: *Maley v. California, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):          Attorney(s) Present for Respondent(s):
None Present                                                      None Present

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS**

Petitioner Marcus Maley filed a Petition for Writ of Habeas Corpus. (Dkt. No. 3.) On November 30, 2021, a Notice of Judge Assignment and Reference to a United States Magistrate Judge was issued. (Dkt. No. 6.) On January 5, 2022, the Court received returned mail. (Dkt. No. 7.)

Pro se litigants are required to keep the Court and opposing parties apprised of their current address. L.R. 41-6. Therefore, Petitioner is ordered to show cause why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules. Petitioner may alternatively file a Notice of Change of Address to discharge this Order to Show Cause. Petitioner's response is due no later than **January 27, 2022**.

**Petitioner is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.**

**IT IS SO ORDERED.**

Initials of Clerk kh